**Lee Roy SMITH, Plaintiff—Appellant,**

v.

**Mickey E. RAY, Warden, Federal Cor-
rectional Institution–Edgefield; J.D.
Castillo, Health Services Administra-
tor, Federal Correctional Institution–
Edgefield; Jose A. Seranno, M.D. and
Clinical Director of Federal Correc-
tional Institution–Edgefield; Juan F.
Carmona, Jr., Lieutenant, Federal
Correctional Institution–Edgefield;
Lisa Morgan–Johnson, Counselor,
Federal Correctional Institution–
Edgefield; Jack Fox, Unit Manager,**

Federal Correctional Institution–Edgefield; Douglas Holford, Contracted Orthopedic Specialist, Federal Correctional Institution–Edgefield, Defendants—Appellees.

No. 04–6135.

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2004.

Decided: June 30, 2004.

Lee Roy Smith, Appellant pro se.

Barbara Murcier Bowens, Office of the United States Attorney, Columbia, South Carolina; David Austin Brown, Aiken, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

PER CURIAM:

Lee Roy Smith seeks to appeal the district court's order dismissing his claims against all defendants except one. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Smith seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*